Our next case is number 151081 Tankersley v. Almand et al. Mr. Michaelman, did I pronounce that wrong? Yes, your honor. Exactly right. I did? I pronounced it wrong? No, no. Is that right? Right, your honor. Exactly right. I usually get it wrong. Good to have you here, sir. Thank you, your honor. May it please the court. Congress passed the Privacy Act recognizing, as this court also did 20 years ago, that disclosures of SSNs can be financially ruinous. Because identity theft depends on access, any additional collection of Social Security numbers beyond agencies that actually need it increases the risk of identity theft and undermines the purpose of the Privacy Act. The exceptions to the coverage of the Privacy Act, which are at issue in this case, should be read exactly as Congress wrote them, so as to avoid undermining the purposes of the Privacy Act. And the District Court erred in failing to do this. First, with respect to section 666 from the Welfare Act, the District Court erred by failing to apply the plain meaning of the word applicant. As we have explained in our brief, and as neither the defendants nor the District Court denies, an applicant means someone who formally asks for something, someone who applies for something, or someone who applies for something. There is no plain meaning of the word that covers somebody who already has that thing, that is a licensee as opposed to an applicant. Mr. Tankersley, having applied and been admitted to the bar in 1986, was not an applicant in 2014 when the CPF of the State of Maryland asked for his Social Security number. Do you think that Congress actually intended to exclude this class of persons from the reach of the statute? Do you think that was their intent? Yes, I do, Judge Diaz, and the best evidence I have for that is the plain text of the statute itself, which, unless the reading is absurd, should be given its ordinary meaning, and the ordinary meaning is someone who formally applies. So by using the word applicant, Congress meant applicant, not somebody who is already licensed, not everybody in Maryland. What possible reason could there be for making that distinction? I understand the text. Yes, Your Honor. I mean, I would imagine that Congress thought the collection of SSNs should happen gradually and through specified processes, so the application process. They didn't say that anywhere, did they? Well, they said applicant, Your Honor, and so I think... But it was your explanation they didn't say. You're explaining it for them. Yes, I'm just answering Judge Diaz. Nothing in the legislative history that suggests what you're about to tell us. No, Your Honor, but... So you're playing congressman for a day. No, on the contrary, Your Honor, I'm suggesting that none of us ought to play congressman. But you're writing a grandfather clause into this thing. No, Your Honor, Congress wrote the grandfather clause. You said he applied in 1986, is that what you said? Yes, Your Honor. The statute was enacted in, what, 96? The SSN requirement came into being in 2013. You're talking about the rule and the statute? The rule, yes. The rule came in, the court rule of the Court of Appeals of Maryland was 2013, but the provision of the Welfare Act... Oh, I understand. Yes, Your Honor, 1996, that's correct. I suppose the answer to the concern that I've raised is that if the state of Maryland wants to include grandfather lawyers within the reach of the statute, they can require them to apply annually for a license, which would not make Judge Davis happy, I imagine. They could do that, or they could just rely on the wisdom of Congress, the congressman applicant, and sooner or later, all the applicants, because sooner or later, the bar is going to consist of all people who have applied after that requirement, and so all of the SSNs will be there. But what's important about balancing these laws against the requirements of the Privacy Act is that any incursion into the Privacy Act, any additional collection of SSNs by an entity that is not required to get it by Congress opens additional doors for identity theft. And we've cited in our brief several recent examples of Maryland agencies or states... So they're getting it from lawyers that have applied since 2013, under your view, they're just getting it from 2013 forward? That's right. The ones that just graduated law school at the University of Maryland and passed the bar and had to give up their Social Security number. And anybody prior to 2013 wouldn't have to. That's right. Classes of lawyers here. That's right. A division required by the Social Security. Does it have to put on top of the form, application? It makes a difference what the form says? Is that what you're saying, Tim? No, I think I don't think... I thought it was making a difference. I thought you said the form had to say, had to give the right words or something. Well, it has to be an application form. It can't be, you know, I'm not sure we need to get 100-pound labels if it said something other than application but was, in effect, an application form. I wouldn't quarrel over that. But the fact is, once Mr. Tankersley applied, he was a member of the bar. He was a licensee. He did not need to apply again. But if you don't pay your dues or you don't do something where I practice law, you didn't make the right payments and do what they told you to do, they suspend you. You didn't do your CLE credit and file the papers with respect to that. They suspend you from practice. That's right, Your Honor. But it's important to see how the Maryland scheme works here. So the Maryland scheme at issue requires that a person who doesn't... Who promulgates the rules up there? The court appeals. That's the high court of Maryland. Yes. And you sued them. They're sued here. Yes. You've sued them. Well, we've sued the judges in their position. They're represented by counsel. And they've explained what they mean, right, to this court. The high court of Maryland has undertaken to explain to the Board of Circuit Court of Appeals what it means with this rule. And you say we can't accept that explanation. Well, I... Isn't that right? We have to reject their explanation? No. Well, if the explanation is that the paying of a license fee, paying of an annual fee is a reapplication, we do have to reject their explanation because that's not the way words are used. So you're saying we have to reject their explanation? Yes. I mean, if you consider... We don't give any deference to what the court of appeals of Maryland says. They're not coming in here. We're not looking at things about a non-party. They're a party to the lawsuit. You've sued them. And they've appeared here by counsel and explained themselves. That's right, but... Don't we give deference to that? I don't think so, Your Honor. If you look at the statutory scheme... We give deference to lawyers as officers of the court. If they tell us something, we believe them. I mean, in the high courts of the states of this circuit, it looks to me like we give them some kind of deference, too. Judge King... We ask them for opinions sometimes, certify questions to them, and ask them to tell us what the law is of Maryland. And if they tell us what it is, we take it as the law of Maryland. I think there needs to be a distinction here between what they're telling you as a fact and what they're making as an argument. They are arguing to this court that the paying of a fee is essentially an application, but that's not how their own process treats it. Well, what about the filling out of the form? Doesn't that render these lawyers renewal applicants? I don't know that there needs to be a form. It is a payment and a... But the rule says they need to fill out something and fill in their social security number. Well, right. I guess there is a form for that. But it doesn't say... It doesn't actually say... Rule 16.811.5, for instance, little a, for instance, one of the Maryland rules on courts, judges, and attorney. Right, so... Shall provide to the treasurer of the fund the attorney's social security number. Yes, Your Honor, so if you look at JA30, actually, there is the form there. It doesn't say application on it. It doesn't say... It doesn't ask for anything. I mean, the filler out of the form is not asking for anything. The filler out of the form needs to put printed name, address, and social security number. That's it. If the person fails to do that, notice he doesn't lose his license. He isn't denied a license. Rather, the license is suspended. It's suspended? It's suspended, right, and it's reinstated. So you're applying for a suspended lawyer now in Maryland? That's correct, but if he provides that information, he is automatically reinstated. So it differs from an application. So he's reapplied? No, Your Honor, he's... That's not... If he applies it, he's reapplied, and it's automatically granted. If you look at the Maryland rules, Rule 16-811.6e, upon receipt of the attorney's social security number and all the amounts due, the trustees shall... Now, what page are you on? I'm actually looking at the text of the rule, Maryland Rule 16... Where's that in the JA? I'm looking at the record here. I'm not sure we included the rule in the JA, but it says... The rule, in any event, says... But the question here is whether that rule contravenes the federal statute, the Privacy Act. Right, and it does because... The rule is invalid, you say, under the Privacy Act. Because it requires the social security numbers of people who are not applicants, people who are already licensees and who are not applying for applicants. The district court. Do Maryland lawyers who live and or practice and or own property in Maryland and therefore have provided their social security numbers to other agencies in Maryland, do they have any objection, legitimate objection, to those other state agencies sharing the social security number with the client security trust fund? They do, Your Honor. They do? So a state agency can't, under the federal statute, share that kind of information, a social security number? That's right, Your Honor, and I would point Your Honor to Section 405, which is the second provision at issue here, specifically subsection C2C7. The first clause of that section says, Social security account numbers and related records that are maintained by authorized persons pursuant to any provision of law enacted on or after October 1, 1990, shall be confidential, and no authorized person shall disclose any such security account number or related record. Why is that your answer? I didn't hear anything there that said the Maryland Comptroller's Office can't provide social security numbers to another state agency. Because the sharing of the records is what increases the risk of identity theft. I understand that, but I'm talking about what you just read to me. I didn't hear anything there that seems to erect a bar to the sharing. In any event, what about an audit of a trust fund of a lawyer? If the Attorney Grievance Commission goes into a bank and says, okay, we have reason to think that this lawyer is screwing around with her trust fund, we want to see the records. Wouldn't those records include the social security number that the lawyer provided to the bank? I don't know the answer. Of course it would, right? It would have to. We want to find out when this account was opened. We want to see the original documents. Sounds reasonable. Okay. I'm not sure they have to explain anything to the bank. So my point is, and I guess I was getting to the question, you make a facial challenge here, but you also make an as-applied challenge, right? Right. Or is that not right? No, it is to the extent that the CPF moving to Section 405 collected the SSN of somebody, Mr. Tankersley, who obviously wasn't liable for any taxes. A lot of people would look at this and say, why does he even want to be a member of the Maryland Bar? He doesn't practice law there, so far as anybody can tell. He might represent a cousin or something in traffic court. But he doesn't live there. He doesn't earn income in Maryland. He just wants a certificate on his wall, which is fine, right? Right. Or some people, you know, maybe he wants to move back someday. But how many people fall into that category? I'm thinking there's a very, very limited community of lawyers who want to pay – what's the fee these days? $400? $350? I don't know the number, but I assume you're right. Are you licensed in Maryland? No, you're not. Okay. So you don't have any personal experience with it? I live and practice in D.C. Well, now, he could have at least gotten a Maryland lawyer. My goodness. My goodness. But I think what's important here, I mean, to turn that around, Judge Davis, is it's not like we're seeking to exempt many people from the SSM requirement. What we're seeking to do is enforce the laws that Congress wrote. Right. You want to grandfather everybody who was admitted to the bar before and who otherwise object, because I imagine there are going to be a lot of lawyers who care less about this. Right. Particularly lawyers who actually practice and earn income in Maryland, which is not to diminish your client's interest. Please, don't get me wrong. I respect your client's interest very much, but it's a very small category of lawyers that this is going to affect. It is, Your Honor. But if I may finish my answer, that it's important to apply these laws as written to make sure that there isn't a sort of mission creep about Social Security numbers, that it gets passed around from agency to agency like a game of telephone, and the agencies don't need it, and further putting SSNs at risk of identity. So my time has expired. It makes sense to me that if somebody wants to be licensed to practice the law, that the entity that's doing the license it does need it. It doesn't say they need it, because he wrote a rule that said they need it. Anyway, I'm just abusing. May I answer that? Well, what was the question? I was abusing. I was making a statement. You go ahead and respond to it. Thank you, Your Honor. I would like to amuse in response that what Congress did in enacting the Privacy Act was suggest that entities shouldn't get it just because they say they need it. And we are all in favor of that. And we come up here, we have criminal cases that we're going to prosecute people on this identity theft. We've had them here. We've written opinions on all that. We're all for keeping these things private. Don't you understand? We are. We are. Well, we're talking about a lawyer here who doesn't want to give his up to the licensing agency. Right. And the more... And they wrote a rule that says he needs to give it up. And you say the rule that the Maryland Court of Appeals wrote is not worth the papers written on. If they don't need it, they shouldn't get it. Reserve the balance of my time. Ms. McDonald, good to have you here. Thank you, Your Honor. You're with the Attorney General of Maryland. That's correct, Your Honor. You're a Maryland boy. I am licensed to practice in the state of Maryland. He's been busy down here this week. Yes. Yes. The man himself came yesterday, as I understand. May it please the Court. As the Court has identified, the issue presented here today is whether the manner in which the Maryland Court of Appeals and the Client Protection Fund of Maryland, which is a court-created entity housed within the judicial branch of government, have complied with the state and federal requirements directing the collection of Social Security numbers for child support enforcement and taxation purposes. Here, the lower court correctly found that two federal statutes authorized the collection of these numbers, 42 U.S.C. 666, the Welfare Reform Act of 1996 with respect to child support. But that wasn't a finding of fact. That was a conclusion. Those were conclusions of law. They're not really findings.  So we review that de novo. That's correct, Your Honor. That's right. The word finding connotes factual findings that changes the standard of review sometimes. The lower court correctly held. But you don't think this thing's got to be a little bit ambiguous, doesn't it? With respect to what? Applicant. Yes. I think we can all agree. You think it's ambiguous? I think that. You don't say in your brief it's ambiguous. You don't argue it's ambiguous. I argue. In your brief. But I thought that would be your best argument. It's ambiguous. We ought to help you on that. Or we ought to defer to the Court of Appeal. Well, I would like to advance that argument now, Your Honor, as you so have articulated it so well. I don't know if it's right or not. But he says it's not right. Prior to 2013, you're not entitled to a Social Security number. As long as you're in Maryland. That's correct. We would argue, though, that the question of applicant, that is the mechanism by which the collection is done. But if you actually look at the statute, there's nothing magic about it. In fact, the statute itself expressly says that there are a number of junctures where state citizens interact with state government. And that is where this collection is authorized. Specifically, under Section A13, professional, driver's, occupational, recreational, and marriage licenses, along with collection at the issuance of a divorce decree, support order, or paternity determination, and upon death. So, clearly. Mr. Tigersley fits into which one of those categories? Well, he would be the professional license. I am not aware of him having a divorce decree, support order, or paternity determination. And he's not an applicant, is he? He is not an applicant to be a member of the Maryland Bar. But we have argued. What's he applying for? Continued good standing as a lawyer admitted to the Bar of Maryland. Continued good standing. That's correct. So, it's a functional equivalent of a renewal application. And it's a little. What was the term that Judge Dias used? Reapplication? It could be entitled to that. The way most licensing authorities work is that you have a renewal application every one to three years. And Maryland has chosen not to do that. Well, interestingly enough, only lawyers are barred in that activity. Maryland has chosen not to do that. Just like Maryland has chosen not to impose a continuing legal education requirement on its lawyers. Just as Maryland has chosen not to require lawyers to belong to the bar association. That is correct, Your Honor. So, lawyers in Maryland are treated differently from the way many states treat lawyers. And I'm hard-pressed to understand how you can turn a lawyer who is admitted to the bar into applying for anything. Especially a lawyer who doesn't live there, who doesn't earn any income there, and doesn't, in fact, practice law there, so far as we know. Not married there, hasn't died there. He's a stranger to Maryland, except for the fact that a couple of decades ago, he got admitted to the bar in Maryland. He doesn't want to give Maryland his Social Security number. But Maryland would have no way of knowing that he's a stranger but for this interaction. With respect to the issue you've raised concerning the nature of the bar, I did an informal survey of the other jurisdictions in the Fourth Circuit. And Maryland is not unique in how it manages lawyers. Lawyers are treated differently, categorically, than other professional licenses. And in many jurisdictions, there's a real question whether they're even subject to the occupational and professional licensing rules. Indeed, in Maryland, it took until 2007 for the General Assembly to suddenly decide that the Maryland Court of Appeals was, in fact, a licensing authority. And that's when they became subjected to this rule concerning the collection of Social Security numbers for child support enforcement purposes. It got implemented in 2009. And then when that was not successful and the General Assembly refused, well, held back a million dollars of the judiciary's budget, that they then had to put these additional rules to ensure compliance in place. But other jurisdictions likewise treat lawyers as barred until they are suspended or their license is revoked, but have these ongoing continuing requirements that, one, everyone requires them to submit an annual fee. Failure to meet that condition precedent results in the suspension of the license. In some jurisdictions, they have continuing legal education requirements. In some jurisdictions, they have IALTA reporting and pro bono requirements, as we do in Maryland. And in Maryland, we also have the requirement that you provide your Social Security number or your federal tax identification number. And to answer the question that the court had raised earlier, the record extract at page 35 and 36 contains the form that is sent to the lawyers that tells you you need to pay your $130 by July 1st to remain in good standing, and please check off the box that you either don't have a federal tax identification number or provide it. And Justice Scalia would say that's not an application. That if we changed the title of the form and called it a license renewal application, that it would then satisfy the requirements of it being an application. I'm not sure that's true, but it's not an application, and a person who completes that form is not an applicant for anything. They are seeking continued status, status in good standing as a lawyer in the state of Maryland. And barring doing that, their license is in jeopardy. So they are seeking, which is the definition of an applicant, seeking something. They're seeking to continue their good status in the state of Maryland, their ability to practice law. And the fundamental problem we have with this concern about applicants is there's nothing in any of the legislative history that suggests… Who would care about legislative history if the statute is as clear as the word applicant? Who cares about legislative history? Well, the Supreme Court cares about legislative history, and not only have we cited the Abramski case, but Public Citizen v. United States Department of Justice, where the literal reading of a statutory term… Abramski talked about the purpose primarily rather than legislative history. Well, Abramski stands for the propositions that you don't read the statute in a vacuum, but with reference to, quote, statutory context, structure, history, and purpose. Justice Scalia dissented in that, I think. That's correct. Judge King wrote it, and I joined him. But again, if the goal of legislative… Justice Kagan explained it. Well, the goal, of course, here is to effectuate the legislative intent, and we look, of course, to the words of the statute ordinarily. But as Abramski teaches us, you don't read those in isolation, and indeed you do look to the structure, history, and purpose. And the Supreme Court, again, in Public Citizen v. Department of Justice says, where the literal reading of the statutory term would, quote, compel an odd result, we must search for other evidence of legislative intent to lend the term its proper scope. And what we see here is the legislative intent in enacting the Welfare Reform Act was to create effective mechanisms for child support enforcement. That overarching statutory purpose… Is child support enforcement? Yes. That was the federal government's purpose or the state government? Federal government in enacting… But you don't say that that had anything to do, child enforcement, had anything to do with this adoption of the rule, do you? Yes, it does. It does? Yes, it does. How do you get… Do you have that… Was that discussed in the papers here? Yes. When the Supreme Court or the Court of Appeals adopted this? Yes. They wanted to get these social security numbers… To comply with two things. One, the state law implementing the federal law, which is the family law… This thing is called the Fund for Protect Clients. Yes. That doesn't say anything about children. Oh, no. Dads or parents. The fund doesn't exist to protect children. The fund is just the mechanism rather than having the court itself collect the social security numbers. And the idea was they would use the fund because it had already been determined to be the entity to collect social security numbers and share them. They used that as a vehicle to get these social security numbers to comply with the Welfare Act? Yes, that was one of the reasons. Which was in 1996, but he had already been a lawyer for 10 years. That's correct. But the problem with that, of course… He says, I'm grandfathered in. He says, I'm grandfathered in. I was already a lawyer when Congress passed the Welfare Act, where they went after the deadbeat parents. Yes. And where they said in the act that one of the places where states would be allowed to collect social security numbers is when there's an application for a professional license, an occupational license. Go back to what you call this thing under Rule 16.811, what you call it. And you don't call it an application, as Judge Davis correctly pointed out. A renewal application. But you now say you wish you had called it an application, and you wish you could call it the renewal application. We argued that it's the functional equivalent, which is in essence what it is because of the vagaries of how attorneys are licensed versus every other occupational professional license in Maryland, which does require a renewal application to be submitted. What kind of deference, if any, do we give your explanation on behalf of the Court of Appeals of Maryland for this rule? Do we give substantial deference to them? Do we not give any? What do we do? Well, Your Honor, this is a question of law and a statutory interpretation, which, again, as you've indicated… But it's unique here. The Court of Appeals, which wrote this rule, is sued. That's correct. All the judges are up there are sued in their official capacity. You didn't claim any judicial immunity or anything. Every time we get sued, we claim judicial immunity. Well, that's actually, yes. But you all didn't do that. You came in here and explained what you're doing. And as a court, in official capacity, you explain what the court is doing. Each of these judges are sued in an official capacity. And do we give that explanation special weight in the context of this issue? I don't know. I don't think anybody's briefed it either. We haven't because we do believe that it's an issue of law. I would point out to the court… Well, it is an issue of law. It is an issue of law, but it's an issue of law that Maryland… But you certainly would give… Each attorney admitted to practice before the Court of Appeals, as a conditioned precedent, shall. That's what you say. And Judge Wilner, in the letter, he's the chair of the Rules Committee and formerly of the retired judge of the Court of Appeals, and I'm referring the court now to the joint appendix at 39, issued a letter to the sitting judges of the Court of Appeals explaining the proposal of the Rules Committee, explaining why they believe that this rule was in compliance with the Privacy Act and, indeed, why it was required to comply with both the federal statutes and then the state statutes. Is that like a legal opinion? Well, it is. So the court was relying on the advice of counsel? Yes. I think that would be a fair… That would prove absolutely they have acted in good faith, which would go to an individual capacity claim. But here you're sued in an official capacity. But what we would cite this for is this provides an explanation of all of the factual matters that went into the analysis and, ultimately, how they perceived the issue and what they did properly to implement it. And it also recognizes the fact that the way attorneys are licensed is unusual. It's not like any other licensing scheme, and, indeed, in many jurisdictions it's not recognized as a regular occupational or professional licensing scheme. If we reverse here, Maryland will still be in compliance with federal law, right? Well, we do have… The federal law requires that we have laws. The rule in place. Yes. And the rule on its face is perfectly fine, right? Are you referring to the Maryland rule or to the statute? The Maryland rule. The Maryland rule. The Maryland rule that requires applicants for admission to the bar to provide a social security number fully complies with the federal statute. That is a different rule. That would be the bar admission rules, which that is contained in the bar admission rules as well. The rule here at 16.811 actually requires that attorneys, when they submit their client protection fund fee on an annual basis, provide their social security number. And the bar admission rule satisfies federal law. The bar admission rule satisfies federal law. That's correct. The federal law issue here, the child support concern. That's correct. So this rule, this new rule, actually goes further than is necessary for Maryland to comply with federal law. And my response to that would be twofold, is that part of enabling the state to receive the federal funds is you have to have laws in place that allow for these things. Sure. But certainly part of it is that the goal is to have effective child support enforcement actions. And that requires that we have a database of social security numbers that we can give to child support. Is that explained in the letter from the lawyer? That's explained in our briefings. I know it's explained in your briefings, but what I'm asking about the rectum and vice counsel, the court, when they explain the purpose of it. Judge Wilner. Judge Wilner. Judge Wilner's letter. Does Judge Wilner connect this to the child support stuff? Yes. All right. Yes. And where is that in the record? What's the JA? 39 is the first page. And, in fact, Judge Wilner looks at all three sets of statutes that require selection, state statutes that require collection of social security numbers. We have the family law, which requires collection of social security numbers for child support enforcement purposes, which the federal statute that requires that is 666. And we also have two provisions in the business occupations article, which require the client protection fund to provide social security numbers collected from lawyers to the State Department of Assessments and Taxations for taxation purposes and to the comptroller of the state also for taxation purposes related to unemployment insurance and undisputed taxes. And those provisions really have nothing at all to do with whether or not a person is an applicant. Correct. I mean, if you take that definition as narrowly as your colleague would like to. Is that right? That's correct. That has nothing at all to do with applicants. So we can avoid this whole mess by simply concluding that this is a mechanism in place in the aid of the administration of the relevant tax laws, and that's the end of the story. That is correct. The challenge to that is the argument that the client protection fund doesn't administer the tax. They are part of the administration of the tax because they've been given that role by the General Assembly. And our secondary argument there also is that the way the Section 405 is that the state, a political subdivision, or agency with administrative responsibility for the tax can collect the Social Security numbers. And our argument there is that the state, the judicial branch here has been tasked with collecting the Social Security numbers because they're actually the licensing agency here. So it would be the state and not necessarily an administrative executive agency tasked with that function. Ms. McDonald, do you agree with my suggestion, and it's only a suggestion, that if we reverse here, it's going to have a very limited impact? Or do you think it's going to bring the whole house down? Well, Your Honor. And specifically, do you believe that a state agency can share Social Security numbers with the Client Security Trust Fund? It goes the other way, Your Honor. No, I know that it can go the other way. I'm asking you, could Mr. Franchot, the state comptroller, provide Social Security numbers? Unless there was a specific statutory authorization, no. We would not be allowed to go the other way. And what about the bank thing that I raised? If the Attorney Grievous Commission were investigating a lawyer and her trust fund account, there's no question. Of course. The Social Security numbers. Yes. And frankly, every time there's a suspension of a lawyer, you know, the Social Security number would track to that as well. I mean, there's lots of other reasons why Social Security numbers are necessary. In the administration of lawyers and their licenses, and indeed in doing the research for this, apparently bar examiners have been requiring Social Security numbers because it's required for the multi-state examination. Exactly. So this is going to have a very limited impact. I mean, Mr. Tankishlea is almost the. Well, there would be two responses to that, Your Honor, and that is, one, at this point, all the lawyers in the state of Maryland have provided their Social Security numbers except for ten. Except for ten. Ten are currently, well, 13 are currently suspended. Three of them have provided their Social Security numbers, but are still suspended because they haven't paid their fees. Mr. Tankishlea is also in that. He has not provided Social Security, but he is also suspended because he hasn't paid his fees. So we're talking about ten people. That's correct. And once you get it, you got it. Because nobody gets a new Social Security number. So this case is about ten lawyers in Maryland who are standing up for what they believe is the principle of privacy protected by a federal statute. And in response to that, we would agree with that and procedures are in place to collect it prospectively from all the incoming applicants. Well, that's not an issue. And that's not correct. But the bottom line is at the time that this was implemented, it had to be implemented in order to effectively ensure compliance with child support enforcement obligations. Now that there is a database, they're able to do the data match. They're able to engage in the enforcement. There was this audit by the Department of Legislative Services finding essentially that they were, the child support was unable to engage in the data matches because they were unable to get the attorney's Social Security numbers. And what would you think of an opinion that absolutely decided this case as an as-applied challenge to the rule? As an as-applied? Yeah. Would I think that's a good idea? Just hypothetically an opinion that deals only with Mr. Tykes and no other lawyer in Maryland. I see my time is up if I may answer your question, Your Honor. I hope you will. Philosophically, I think that is one way to go. I think that there's a broader principle at issue here because, as I've discovered now, other states are struggling with how to be in compliance. And I would point out as I was driving down here, I thought about what happens when the big hurricane comes up the Chesapeake and Annapolis is underwater and all of the attorney records are lost. And everyone's barred except going forward and we need to recreate the records and obtain Social Security numbers so that we can have some sort of effective child support enforcement and taxation purposes and other things. Would the fact that there are not ongoing applicants be a bar in those instances? So while certainly the scope of the problem now is extremely narrow, it is not beyond the realm of possibility that such a narrow construction would have deleterious consequences in the future. So for these reasons, we ask that you affirm. Thank you very much, Ms. McDonald. You're right ahead, sir. Thank you. I'd like to pick up where Judge Davis left off in his discussion of 666. The difference between applicants and licensees is made most clear by Maryland itself. As we've cited in our brief at page 20, our opening brief, Maryland passed a different rule for applicants and for licensees. So Judge King, to your question of what is the state of Maryland thinks, what it thinks is what it did. And what it did was to treat licensees and applicants differently until it got involved in this case when it's made arguments in its brief. Well, that might be true until you name these judges as defendants, and then they came in here and explained. You sued them and got them into court. And they explained what they were doing. It would seem to me like we have to take what they've explained sort of as a verity. But their own rules. I mean, you know, lots of parties take positions in litigation, to be sure. Even judges take positions in litigation, I would venture. But the best way to understand. They aren't sued individually. They're sued in their official capacity. What they say is statements of the court. Maybe they are. I would think. But the statements. Maybe you could say they don't suffice. But whatever they say, they say. We have to accept it, I would think. Well, they don't suffice, Judge King. No, no, you briefed that. They don't suffice, Judge King, because their rules suggest otherwise. The rules that they passed, they passed, as we noted on page 20, they passed one rule for the applicants and one rule for the licensees. And as Judge Davis points out, if you strike down either facially or as applied to my client, the rule as applied to licensees, Maryland is still in compliance with section 666 because they have a rule as to applicants. And that suffices, as Ms. McDonald acknowledged. Moving on to the issue of use. There was a question about what it is that the CPF does with these numbers and whether it needs it. The only reason the CPF has these numbers is to pass it on to another agency. It's like a big game of telephone. And so the concern of the Privacy Act that the uses of Social Security numbers not multiply the opportunities for identity theft is squarely The CPF doesn't do anything with these numbers. It just takes them in, gives them away. And that's exactly the sort of risk that Congress wanted to avoid in passing the Privacy Act. Now, Ms. McDonald made reference to Abramski. In Abramski, the reading proposed by the defendant in that case, that is that the information would only pertain to the straw purchaser, not the actual purchaser of the gun, would have completely destroyed the would have completely undermined the purpose of the act in question. Here, the difference, as Your Honors have pointed out, is very, very small. It's the difference between collecting the SSNs of some lawyers and collecting the SSNs of a slightly larger number of lawyers. That's not even the same type of difference as existed in Abramski. As to the point made about the SSN investigation, Judge Davis, that you mentioned, if there were an investigation of impropriety in a bank account and the SSN came out, in that case, it would be legitimate because the bar authorities would be making use of it. They would need it, or they would have gotten it incidentally as part of doing something that they were allowed to do. The problem here is that the CPF simply does not need this number. It doesn't need it to administer a tax. It doesn't administer a tax. CPF is your acronym for the Client Protection Fund? Yes, Your Honor, or it used to be the Client Security Trust Fund. They want to go down to the bank, they issue a subpoena to the bank for records of the lawyer's trust account, or his AOLTA records, right? And the bank being approved might say, well, before we give you any records, we want to know what the social security number is so we know we've got the right person, right, before we turn over any records. So they want the social security number, so the Client Protection Fund's got to have it to get the records from the bank to find out whether the lawyer's been stealing from the clients. That's what the Client Protection Fund is after, to try to protect clients in Maryland. But, yes, Your Honor, if there were any— Seems to me like that's pretty legitimate. If there were any showing that this rule were for that purpose— And there's no logic at all to a grandfather proof. If any lawyer, the Client Protection Fund needs the record. Needs those identified. Judge, they haven't sought it on that basis. That's not why they passed the rule. I mean, if that were their justification, that might present a different case, but it's not their justification. They want it because they want it. Well, you're conjuring up one theory, and I'm just conjuring up another. Well, Judge King, it's not a theory that they've advanced. They cited you to Judge Wilmer's advice about why they should have this rule, why they should pass it. We can affirm, but somebody told us earlier in one of these cases, we can affirm on any grounds they come up with. An alternative ground, one of those people from Maryland, and not earlier. Your Honor, that wouldn't be appropriate. Maybe I can conjure up something. I think that would be going quite far afield, because the district court did not apply Section 405 or Section 666 according to its terms, and because, as explained in our briefs, Mr. Tankersley does have the right to enforce his Privacy Act rights under Section 1983. This court should reverse. Thank you. Thank you very much. We appreciate you both have done a fine job. We're going to come down and brief counsel, and then we'll take up the final case.
judges: Robert B. King, Albert Diaz, Andre M. Davis